AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

United States of America
v.
Troy L. James

Date of Original Judgment: 03/28/2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No: 3:11-cr-00025-BAJ-MJU-1

USM No: 05785-095

Rebecca Hudsmith, Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/28/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/12/2013

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Brian A. Jackson, Chief U.S. District Judge
*Printed name and title*