UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | |
| TROY L. JAMES | NO.: 11-00025-BAJ-EWD |

### ORDER

Considering Defendant's pending criminal charges in the related matter, Case No. 18-cr-00021,

**IT IS ORDERED** that the revocation hearing scheduled for Friday, August 10, 2018 is **CONVERTED** into a status conference in Courtroom 2 before Judge Brian A. Jackson, Defendant to be present.

**IT IS FURTHER ORDERED** that the Motion Limine to Exclude the Testimony of Lennis Godeaux[1] (Doc. 95) is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 9th day of August, 2018.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] The Court notes that this motion is more properly considered a motion to quash the subpoena pursuant to Federal Rule of Civil Procedure 45(d)(3); however, only a criminal defendant in his own case may avoid taking the stand by asserting his Fifth Amendment privilege. *See Salinas v. Texas*, 570 U.S. 178, 184 (2013). Otherwise, "a witness who 'desires the protection of the privilege . . . must claim it' at the time he relies on it." *Id.* at 183 (quoting *Murphy v. Minnesota*, 465 U.S. 420, 427 (1984)).